**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Jaleel Page, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-001189

---

**ON WRIT OF CERTIORARI**

---

Appeal from York County
John C. Hayes, III, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2016-MO-016
Submitted April 15, 2016 – Filed April 27, 2016

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Tiffany L. Butler, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General James R. Johnson, both of Columbia, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the decision of the post-conviction relief judge. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**